ACCEPTED
03-14-00035-CV
7333858
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/12/2015 2:36:26 PM
JEFFREY D. KYLE
CLERK

# No. 03-14-00035-CV

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/12/2015 2:36:26 PM
JEFFREY D. KYLE
Clerk

**In the Third Court of Appeals of Texas**

**In the Estate of
Evelyn Landua Koehler, Deceased**

An Appeal from County Court at Law No. 1 of Bell County, Texas
The Honorable Judge Edward Johnson, Presiding
Trial Court Cause No. 29,462

**UNOPPOSED MOTION TO EXTEND TIME TO FILE
APPELLEE'S BRIEF ON THE MERITS**

To the Honorable Court of Appeals:

Comes now Kanda Koehler, Appellee in the above case, and files this Unopposed Motion to Extend Time to File Appellee's Brief on the Merits. In support of this Motion, Appellee shows as follows:

1. Appellants filed their Brief Requesting Oral Argument on September 18, 2015. Appellee's Brief on the Merits is currently due on October 19, 2015.

2. Appellee has not previously requested an extension of time.

3. Appellee requests an extension of time for 30 days to file her brief. If granted, the extension would change the due date for Appellee's Brief on the Merits to November 18, 2015.

4.     Good cause exists for the extension of time to file Appellee's Brief in this case. Undersigned counsel was formally retained on September 25, 2015, and needs additional time to review all relevant material in connection with this case to adequately prepare Appellee's Brief.

5.     No party will be prejudiced by the extension of time requested. Appellants do not oppose this request. Therefore, Appellee requests that the Court accept a Brief on the Merits from Appellee on or before November 18, 2015.

Wherefore, premises considered, Appellee respectfully requests this Court to extend the time for filing her Brief on the Merits to November 18, 2015.

Respectfully submitted,

BAIRD, CREWS, SCHILLER & WHITAKER, P.C.

By: /s/ Jack R. Crews
 **JACK R. CREWS**
 State Bar Card No.: 05072300
 (254) 743-7320 – Direct
 E-mail: jackcrews@bcswlaw.com
 **KENNETH R. VALKA**
 State Bar Card No.: 20435300
 (254) 743-7350 – Direct
 E-mail: kenvalka@bcswlaw.com
 **BENJAMIN D. BURNETT**
 State Bar Card No.: 24072012
 (254) 743-7324 – Direct
 E-mail: benjaminburnett@bcswlaw.com

 15 North Main Street
 Temple, Texas 76501
 Fax: (254) 774-9353

 ATTORNEYS FOR APPELLEE

## CERTIFICATE OF CONFERENCE

The parties in this case have conferred and no party opposes this Motion.

 /s/ Jack R. Crews
 JACK R. CREWS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document was sent to the person(s) named below pursuant to Tex. R. App. P. 9.5(b) on October 12, 2015:

Robert Little
Kristen A. Mynar
Naman, Howell, Smith & Lee, PLLC
400 Austin Ave., Ste. 800
Waco, Texas 76701
*ATTORNEYS FOR APPELLANTS*

/s/ Ben Burnett

BENJAMIN D. BURNETT
